JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE A. DURAN,<br><br>Plaintiff,<br><br>v.<br><br>SO. CAL PETROLEUM TRANSPORT, INC. and Does 1 through 25, inclusive,<br><br>Defendant. | Case No. EDCV 11-1961 DMG (DTBx)<br><br>**ORDER GRANTING DISMISSAL OF CIVIL ACTION WITH PREJUDICE [8]** |

Pursuant to Stipulation between the parties and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the civil action *José A. Duran v. So. Cal. Petroleum Transport, Inc.*, Case No. EDCV 11-1961 DMG (DTBx), is hereby dismissed with prejudice.

Dated: February 27, 2012

Dolly M. Gee
United States District Judge

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100